## DISCIPLINARY CASES

**2008–1202. Lorain Cty. Bar Assn. v. Robinson.**
It is ordered by this court, sua sponte, that J. Terry Robinson, Attorney Registration No. 0068785, last known business address in Elyria, Ohio, is found in contempt for failure to comply with this court's order of March 17, 2011, to wit: failure to file an affidavit of compliance on or before March 27, 2011.

## MISCELLANEOUS DISMISSALS

**2011–0413. In re Guardianship of Soltesz.**
Erie App. No. E–10–047. This cause is pending before the court as a discretionary appeal and claimed appeal of right. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due March 31, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

**2011–0414. In re Guardianship of Soltesz.**
Erie App. No. E–11–002. This cause is pending before the court as a discretionary appeal and claimed appeal of right. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due March 31, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

**2011–0415. In re Guardianship of Soltesz.**
Erie App. Nos. E–10–064 and E–10–065. This cause is pending before the court as a discretionary appeal and claimed appeal of right. The records of this court indicate that appellant has not filed a memorandum in support of jurisdiction, due March 31, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.